# Law Offices of Michael G. Mc Auliffe, Esq.
### 48 South Service Road, Suite 102
### Melville, New York 11747
### (631) 465-0044
### (631) 465-0045 Fax

<u>Via ECF</u>

December 5, 2011

Chambers of the Honorable
Marilyn D. Go
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    **Deangelis v. Major Chevrolet, Inc., et al.**
                 **Index No.: 2011 cv 2626 (KAM)(MDG)**

Dear Magistrate Go:

      My firm is counsel to Major Chevrolet, Inc., one of the Defendants in the above referenced matter. I am writing this letter to confirm that the parties have reached a settlement and are in the process of finalizing and exchanging settlement documents and anticipate that a Stipulation of Discontinuance shall be filed with the Court immediately after this has been accomplished.

      Thank you for your kind attention to this matter.

                                            Respectfully,

                                            /s/ *Michael G. Mc Auliffe*

                                            Michael G. Mc Auliffe

MGM/bc
cc:    Treyvus & Konoski (via email)
        Steven M. Feinberg, Esq. (via email)